MINUTE ENTRY
FEBRUARY 12, 2015
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-026 |
| QUARDARELL ROBINSON | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____

_____

  X  ASSISTANT U.S. ATTORNEY   ANDRE JONES   _____
  ___ INTERPRETER _____
Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
    READ   WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: **05**

__/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

 X / DEFENDANT INFORMED THAT (PRELIMINARY HEARING) / REMOVAL HEARING / ARRAIGNMENT IS SET FOR _February 27, 2015 at 10:00 AM._

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_February 18, 2015 at 2:00 P.M._

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING) / REMOVAL HEARING / ARRAIGNMENT / (DETENTION HEARING) / HEARING TO DETERMINE COUNSEL WITH COUNSEL_____

