UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-38 |
| VERSUS | SECTION : L |
| JAMES RUDOLPH WILLIAMS, a/k/a Greedy, DERRICK WESLEY, a/k/a Bubba, QUARDARELL ROBINSON, a/k/a Slop, RANK GARDNER | VIOLATION: 21 USC 846, 21 USC 841(a)(1) and 841(b)(1)(A), 18 USC 2 |

NOTICE OF ARRAIGNMENT  ( WILLIAMS, WESLEY and ROBINSON)

Take Notice that this criminal case has been set for ARRAIGNMENT on THURSDAY, MARCH 5, 2015 AT 2:00PM,  before Magistrate Judge Sally Shushan, Courtroom B-309,  500 Poydras Street, New Orleans, LA 70130.

**Important:** Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  March 3, 2015

TO:

JAMES RUDOLPH WILLIAMS -  Custody
Joseph Marino, Jr.
 jamjr528@aol.com

DERRICK WESLEY - Custody
Gary Schwabe, Jr., Asst. FPD

QUARDARELL ROBINSON - Custody
Juana Marine-Lombard
lombardlawfirm@gmail.com

FRANK GARDNER -

DEA
S.A. Chad Scott

**If you change address,
notify clerk of court
by phone, 504-589-7686**

WILLIAM W. BLEVINS, CLERK

by: Dean Oser,  Deputy Clerk

AUSA:  Andre Jones

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: None

```
     FEE
 X  PROCESS
 X  DOCKET
 X  CTRM DEP
DOCUMENT NO.
```