CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:15–mj–00204–1
# *Internal Use Only*

Case title: USA v. Gardner

Other court case number: 2:15mj030 Louisiana Eastern District Court – New Orleans

Date Filed: 02/25/2015

Date Terminated: 03/03/2015

Assigned to: Magistrate Judge Nancy K. Johnson

**Defendant (1)**

| | | |
|---|---|---|
| **Frank Gardner** | represented by | **Federal Public Defender – Houston** |
| *Custody* | | 440 Louisiana |
| *TERMINATED: 03/03/2015* | | Ste 310 |
| | | Houston, TX 77002 |
| | | 713–718–4600 |
| | | Fax: 713–718–4610 |
| | | Email: hou_ecf@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |
| | | |
| | | **Sarah Beth Landau** |
| | | Office of the Federal Public Defender |
| | | 440 Louisiana St |
| | | Ste 1350 |
| | | Houston, TX 77002 |
| | | 713–718–4600 |
| | | Fax: 713–718–4610 |
| | | Email: sorcha_landau@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:846 CPID Cocaine | Ordered committed to the Louisiana Eastern District Court New Orleans |

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 02/25/2015 | 1 | 4 | Copy of Complaint from the Louisiana Eastern District Court – New Orleans Division 2:15mj030 as to Frank Gardner, filed.(kmurphyadi, 4) (Entered: 02/25/2015) |
| 02/25/2015 | | 11 | Arrest (Rule 40) of Frank Gardner. (kmurphyadi, 4) (Entered: 02/25/2015) |
| 02/25/2015 | | 10 | ***Set Hearing as to Frank Gardner: Initial Appearance – Rule 40 set for 2/25/2015 at 2:00 PM before Magistrate Judge Nancy K. Johnson (kmurphyadi, 4) (Entered: 02/25/2015) |
| 02/25/2015 | 2 | 12 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 2/25/2015 before Magistrate Judge Nancy K. Johnson as to Frank Gardner. Defendant first appearance on Complaint from the Louisiana Eastern District Court 2:15mj30 and advised of rights/charges. Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD to be entered, Order of Temporary Detention Pending Hearing to be entered, Defendant waives Identity and Waiver of Rule 5 &5.1 Hearings executed. Preliminary Examination &Detention Hearing set for 2/27/2015 at 10:00 AM in Courtroom 700 before Magistrate Judge Nancy K. Johnson Appearances: AUSA Celia Moyer f/USA; AFPD Genesis Draper f/Deft.(ERO: C Krus) (Interpreter: No) (Pretrial Officer: Yes), Defendant remanded to custody, filed.(kmurphyadi, 4) (Entered: 02/26/2015) |
| 02/25/2015 | 3 | 13 | Sealed Financial Affidavit CJA 23 by Frank Gardner, filed. (Entered: 02/26/2015) |
| 02/25/2015 | 4 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphyadi, 4) (Entered: 02/26/2015) |
| 02/25/2015 | 5 | 15 | WAIVER of Rule 5 &5.1 Hearings by Frank Gardner, filed.(kmurphyadi, 4) (Entered: 02/26/2015) |
| 02/25/2015 | 6 | 16 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Frank Gardner ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. |

| | | | |
|---|---|---|---|
| | | | (kmurphyadi, 4) (Entered: 02/26/2015) |
| 02/26/2015 | | 17 | NOTICE OF ATTORNEY APPEARANCE Sarah Beth Landau appearing for AFPD as to Frank Gardner, filed.(Landau, Sarah) (Entered: 02/26/2015) |
| 02/27/2015 | 7 | 18 | PRELIMINARY EXAMINATION &DETENTION Minute Entry for proceedings held on 2/27/2015 before Magistrate Judge Nancy K. Johnson as to Frank Gardner Defendant appeared with counsel.. Court orders defendant to pay partial payment to CJA fund, Court finds probable cause, Order of Detention Pending Trial to be entered, Deft ordered removed to originating district. Appearances: AUSA Heather Winters f/USA; AFPD Sarah Beth Landau f/Deft.(ERO: S Guevera) (Interpreter: No) (Pretrial Officer: Yes), Defendant remanded to custody, filed.(kmurphyadi, 4) (Entered: 03/03/2015) |
| 02/27/2015 | 8 | 19 | ORDER Reimbursement of Court Appointed Counsel in the amount of $2,000.00 as to Frank Gardner ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphyadi, 4) (Entered: 03/03/2015) |
| 02/27/2015 | 9 | 20 | ORDER OF DETENTION PENDING TRIAL as to Frank Gardner ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphyadi, 4) (Entered: 03/03/2015) |
| 02/27/2015 | 10 | 25 | COMMITMENT TO ANOTHER DISTRICT as to Frank Gardner. Defendant committed to Louisiana Eastern District Court ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphyadi, 4) (Entered: 03/03/2015) |
| 03/03/2015 | | 26 | RULE 5 Papers sent via email to Louisiana Eastern District Court New Orleans Division as to Frank Gardner, filed.(kmurphyadi, 4) (Entered: 03/03/2015) |

AO 91 (Rev 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

United States Courts
**Southern District of Texas**
**FILED**

**February 25, 2015**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **FRANK GARDNER** | ) | Case No. |
| | ) | 15-03 0 MAG |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

# H 15-0204M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 11, 2015 _____ in the parish of _____ Tangipahoa _____ in the _____ Eastern _____ District of _____ Louisiana _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute and Possession with Intent to Distribute Five (5) Kilograms or more of Cocaine Hydrochloride |

This criminal complaint is based on these facts:

Fee _____
Process _X_ (xxx xxx)
X Dktd _____
CRmDep _____
Doc. No. _____

☑ Continued on the attached sheet.

_Chad Scott_
_Complainant's signature_

Special Agent Chad Scott, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 02/12/2015 _____

_Judge's signature_

City and state: _____ New Orleans, Louisiana _____

Honorable Daniel E. Knowles, III, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Chad Scott, being duly sworn, depose and state the following:

I am a Special Agent with the Drug Enforcement Administration, U.S. Department of Justice, and as such am empowered by Title 21, United States Code, Section 878 to make arrests and obtain and execute search warrants. I am currently assigned to Task Force Group 10 in the New Orleans Field Division. I have been employed by the Drug Enforcement Administration (DEA) for more than fourteen (14) years. During the course of my employment with DEA, I have participated in several drug trafficking investigations, and have received extensive training in drug trafficking and drug trafficking investigations. Prior to my employment with the DEA, I was employed as a criminal investigator for the Tangipahoa Parish Sheriff's department assigned to narcotics for approximately eight (8) years. While employed by the Tangipahoa Parish Sheriff's Department, I was assigned to the DEA Task Force in New Orleans, Louisiana for approximately four (4) years. I have testified in judicial proceedings and prosecutions for violations of Federal and State laws concerning controlled substances. I make this affidavit based on my own personal observations concerning this investigation, upon the observations of other agents and sworn law enforcement officers, and the statements of the accused.

The facts outlined below offered in support of this complaint are based upon the personal knowledge of your affiant and information relayed to me by other investigating agents of the DEA Task Force, Tangipahoa Parish Sheriff's Department and the Louisiana State Police.

On February 11, 2015, Louisiana State Trooper Boyet stopped a 2013 Silver F-150, bearing Louisiana Registration B990582, for Improper Lane Usage. The driver of the vehicle was identified as Derrick WESLEY, a/k/a "Bubba". In the front seat of the vehicle was James Rudolph WILLIAMS, III, a/k/a "Greedy". After WESLEY was issued a citation for Improper Lane Usage (LRS 32:79), WESLEY was asked for permission to search his vehicle. WESLEY denied consent to search the vehicle. Tangipahoa Parish Sheriff's Deputy Tommy Ferrand was called to the stop with the Louisiana State Police. Deputy Ferrand arrived in less than five (5) minutes. Deputy Ferrand utilized his narcotics detecting K-9 to conduct a free air search of the vehicle. The K-9 provided a positive alert on the vehicle. Agents with the DEA and State Police Officer's conducted a search of the vehicle. A suitcase was located on the back floorboard area of the vehicle. The suitcase contained approximately seven kilogram packages of cocaine and a large sum of United States currency. The packages were field tested by TFA Karl Newman with positive results for the presence of cocaine. Both WESLEY and WILLIAMS were placed under arrest. A check of the vehicle rental records indicated the vehicle was leased to Quardarell ROBINSON, a/k/a "Slop".

A Silver Lincoln Navigator bearing Georgia Registration BXF9486 was also stopped by Louisiana State Trooper Zimmerman for following to close to another vehicle. The driver of the vehicle was identified as Quardarell ROBINSON. ROBINSON was issued a citation for following to close to another vehicle pursuant to LRS 32:81(A). ROBINSON was asked for permission to search his vehicle which he denied. Tangipahoa Parish Sheriff's Deputy Tommy Ferrand utilized his narcotics detecting K-9 to conduct a free air search of the vehicle. The K-9

provided a positive alert for the presence of narcotics. S/A Chad Scott interviewed ROBINSON regarding his travel. ROBINSON stated that he had traveled from Gainesville, Florida to Baton Rouge, Louisiana to visit a relative. The vehicle ROBINSON used was leased to WILLIAMS. After Agents located the cocaine in the vehicle leased to ROBINSON, ROBINSON was placed under arrest and advised of his *Miranda* Warnings by S/A Chad Scott.

All three (3) individuals were transported to the Tangipahoa Parish Sheriff's Department in Hammond, Louisiana. All three (3) individuals were advised of their *Miranda* Warnings and were provided a copy of the Tangipahoa Parish Sheriff's Department Rights form which each of them signed.

WILLIAMS was interviewed by S/A Scott and S/A Moran. WILLIAMS stated that he traveled with WESLEY and ROBINSON to Houston, Texas. Upon arrival, they checked into a room at the Days Inn in Baytown, Texas. WILLIAMS stated that he left the hotel with the source of supply and traveled to a residence and obtained the cocaine. According to WILLIAMS, they had been to Houston, Texas on two other occasions and purchased three kilograms of cocaine on each occasion from the source of supply. According to WILLIAMS he paid $30,000.00 per kilogram of cocaine. When S/A Scott asked WILLIAMS for the last name of the source, WILLIAMS asked to talk to WESLEY. S/A Scott called WESLEY into the room and WESLEY indicated that he could not recall the source of supply's last name.

WESLEY also provided a statement regarding his involvement. WESLEY stated that this was the third trip to Houston, Texas to obtain cocaine. According to WESLEY, they had traveled to Houston on two other occasions and obtained a total of six kilograms. WILLIAMS indicated that ROBINSON was acting as a "look out" as they traveled from Texas to Florida.

2

Before being transported to the Tangipahoa Parish Jail, WILLIAMS asked to speak to S/A Scott. WILLIAMS stated that if they were allowed to cooperate with the source of supply, the source would want to see all three of them (WILLIAMS, WESLEY and ROBINSON). According to WILLIAMS, it would not be possible to complete an additional transaction with the source of supply if all three individuals were not together.

Both WILLIAMS and WESLEY identified the source of supply for the seven (7) kilograms of cocaine as Frank GARDNER. According to WILLIAMS and WESLEY, they have received cocaine from GARDNER on three (3) prior occasions.

On February 12, 2015, WILLIAMS placed a consensually recorded telephone call to GARDNER. During this telephone call, WILLIAMS told GARDNER that he had made it safely to Florida with the package (referring to the seven (7) kilograms of cocaine). They then discussed a future transaction for the same quantity of cocaine.

Special Agent Chad Scott
DEA New Orleans, Louisiana

Subscribed to and sworn before me,

this ___ day of February, 2015,

in New Orleans, Louisiana.

HONORABLE DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

3

EASTERN DISTRICT OF LOUISIANA AT NEW ORLEANS, LOUISIANA

Mag. Number _15 - 30 Mag_ Complaint/Warrant from Other District

Defendant: _Frank Gordner_

Charge: _Conspiracy to distribute & Possession w/intent to distribute_

_21_ USC _846_

U.S. Attorney: _Andre Jones_

Interpreter Needed?     Yes          No

Court Date and Time: _____

Before Magistrate Judge: _____

Location: Courtroom : # _____ New Orleans, Louisiana

Notify:     AUSA
            PreTrial Services
            Probation, if necessary
            Defendant Counsel
            U.S. Marshal
            Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **030** |
| **FRANK GARDNER** | ) | 15-███-MAG |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     **FRANK GARDNER** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of _the Court_

This offense is briefly described as follows:

On or about February 11, 2015 in the Eastern District of Louisiana and elsewhere, the defendants, JAMES RUDOLPH WILLIAMS, a/k/a ""Greedy", DERRICK WESLEY, a/k/a "Bubba", QUARDARELL ROBINSON, a/k/a "Slop", and FRANK GARDNER did conspire to distribute and possess with the intent to distribute five (5) kilograms or more of cocaine hydrochloride, a Schedule II controlled dangerous substance, in violation of Title 21, United States Code, Sections 846.

Date:     02/12/2015

_____
_Issuing officer's signature_

City and state:     New Orleans, Louisiana     _____

Honorable Daniel E. Knowles, III, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Nancy K. Johnson (shannon_butler@txs.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21034416@txs.uscourts.gov
Subject:Activity in Case 4:15-mj-00204 USA v. Gardner Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2015 at 11:50 AM CST and filed on 2/25/2015

| | |
|---|---|
| **Case Name:** | USA v. Gardner |
| **Case Number:** | 4:15-mj-00204 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **\*\*\*Set Hearing as to Frank Gardner: Initial Appearance – Rule 40 set for 2/25/2015 at 2:00 PM before Magistrate Judge Nancy K. Johnson (kmurphyadi, 4)**

**4:15-mj-00204-1 Notice has been electronically mailed to:**

**4:15-mj-00204-1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Nancy K. Johnson (shannon_butler@txs.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21034397@txs.uscourts.gov
Subject:Activity in Case 4:15-mj-00204 USA v. Gardner Arrest - Rule 40
Content-Type: text/html
```

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2015 at 11:50 AM CST and filed on 2/25/2015

**Case Name:**     USA v. Gardner

**Case Number:**    4:15-mj-00204

**Filer:**

**Document Number:** No document attached

**Docket Text:**
  **Arrest (Rule 40) of Frank Gardner. (kmurphyadi, 4)**

**4:15-mj-00204-1 Notice has been electronically mailed to:**

**4:15-mj-00204-1 Notice has not been electronically mailed to:**

**COURTROOM MINUTES:**

| | |
|---|---|
| **The Honorable Nancy K. Johnson  Presiding** | Clerk, U.S. District Court |
| Deputy Clerk: Shannon Jones | **Southern District of Texas** |
| Interpreter Present? ☐ Yes ☑ No   ERO: C.KRUZ | Filed 4/23/15 |
| USPT/USPO: | TIME: 2:18-2:21 / 3:01-3:02PM |
| ☑ OTHER DISTRICT: IDAH  ☐ DIVISION   THEIR CASE# 2154130 | |

**PROCEEDING HELD:**
☑ Initial Appearance   ☐ Counsel Determination Hearing   ☐ _____
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on_____
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other

| CASE NUMBER   ☐ CR _____ | ☑ MJ 4754204 |
|---|---|

DEFT:  FRANK GARDNER

AUSA: CELIA MOYER (DUTY)
GENESIS DRAPER (DUTY)

☐ Date of arrest _____       ☑ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment  ☐ Information  ☑ Complaint
            Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared    ☑ with      ☐ without counsel
☑ Defendant requests appointed counsel.    ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

☐ Defendant_____bond set  ☐ Cash  ☐ Surety  ☐ P/R ☐ Unsecured ☐ _____Deposit
☐ Defendant_____bond set  ☐ Cash  ☐ Surety  ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash  ☐ Surety  ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____Released
☑ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked      ☐ Bond reinstated     ☐ Bond Continued
☑ Defendant_____remanded to custody      ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ___✓___Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☑ Defendant(s) _____ is/are scheduled on: 2/27/15 at 10AM for: JOHNSON _____
      ☐ Arraignment      ☐ Counsel Determination Hearing ☐ Identity Hearing cont.
      ☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Final Revocation Hearing
      ☐ Bond  Hearing

# FINANCIAL AFFIDAVIT

CJA 23
Rev.5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | X MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

| U.S. | V.S. | For United States Courts<br>Southern District of Texas<br>FILED<br>AT FEB 25 2015<br>David J. Bradley, Clerk of Court | Southern District of Texas<br>Houston Division | ▶ |

PERSON REPRESENTED (Show your full name)

*Frank Gardner*

| | 1 X Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | DOCKET NUMBERS<br>Magistrate<br>4:15mj204<br>District Court<br>Court of Appeals |

CHARGE/OFFENSE (describe if applicable X Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☑ Am Self-Employed

Name and address of employer: *Splash & Dash Car Wash*

IF YES, how much do you earn per month? $ *2,500*

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No *Work @ car wash*

IF YES, how much does your Spouse earn per month? $ *No Salary*

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED / SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ *2,500*

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE *4,600* DESCRIPTION *2004 Toyota 4runner*
VALUE *4,600* *2008 Chevy Impala*

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents *3*

List persons you actually support and your relationship to them
*1 child & 2 step children*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| *Rent* | | $ | $ *1,300* |
| *Utilities* | | $ | *300* |
| *Groceries* | | $ | *250* |
| *Insurance* | | $ | *80* |
| *Child support (in arrears)* | | | *250* |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA      §
                                  §
                                  §
V.                                 §      Criminal No:4:15mj204
                                  §
                                  §
FRANK GARDNER

## ORDER APPOINTING COUNSEL

       Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, is hereby appointed to represent this person in the above designated case.

Date: 02.25.15

                             _____
                             U.S. MAGISTRATE JUDGE

BY ORDER OF THE COURT

SHANNON JONES
Deputy Clerk

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

FEB 2 5 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. H-15-0204M |
| Frank Gardner | ) | |
| Defendant | ) | Charging District's Case No. 2:15-j-30-DM |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ED of LOUISIANA

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/25/15

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Genesis Draper
*Printed name of defendant's attorney*

15

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.      4:15mj204 |
| | ) | |
| FRANK GARDNER | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

| Place: | Judge Nancy K. Johnson<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: | 700 |
|---|---|---|---|
| | | Date and Time: | 2.27.15 AT 10AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      2.25.15

Nancy K. Johnson
United States Magistrate Judge

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants: Sarah Beth Landau (hou_ecf@fd.org, jenny_salgado@fd.org,
sorcha_landau@fd.org), Federal Public Defender - Houston (hou_ecf@fd.org), Magistrate
Judge Nancy K. Johnson (shannon_butler@txs.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21045902@txs.uscourts.gov
Subject:Activity in Case 4:15-mj-00204 USA v. Gardner Notice of Attorney Appearance
Federal Public Defender
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Landau, Sarah on 2/26/2015 at 3:04 PM CST and filed on 2/26/2015

| | |
|---|---|
| **Case Name:** | USA v. Gardner |
| **Case Number:** | 4:15−mj−00204 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **NOTICE OF ATTORNEY APPEARANCE Sarah Beth Landau appearing for AFPD as to Frank Gardner, filed.(Landau, Sarah)**

**4:15−mj−00204−1 Notice has been electronically mailed to:**

Federal Public Defender – Houston   hou_ecf@fd.org

Sarah Beth Landau   sorcha_landau@fd.org, hou_ecf@fd.org, jenny_salgado@fd.org

**4:15−mj−00204−1 Notice has not been electronically mailed to:**

**COURTROOM MINUTES:**

**The Honorable Nancy K. Johnson Presiding**

Deputy Clerk: Shannon Jones

Interpreter Present? ☐ Yes ☑ No    ERO: SGUERRARO

USPT/USPO: _____    TIME: ①10:08-10:25AM ② 11:32-11:45AM

☐ OTHER DISTRICT: _____    ☐ DIVISION    THEIR CASE#

Clerk, U.S. District Court
**Southern District of Texas**
Filed 2-27-15

**PROCEEDING HELD:**

☐ Initial Appearance    ☐ Counsel Determination Hearing    ☐ _____
☐ Bond Hearing    ☐ Identity    ☐ Hearing Continued on_____
☑ Detention Hearing    ☑ Preliminary Hearing    ☐ Other

**CASE NUMBER** ☐ CR _____    ☑ MJ 4154J204 _____

DEFT: FRANK GARDNER _____

AUSA: Heather Winters
Sorcha Landau _____

☐ Date of arrest _____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared    ☑ with    ☐ without counsel
☐ Defendant requests appointed counsel.    ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

☐ Defendant_____bond set    ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ _____Deposit
☐ Defendant_____bond set    ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set    ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)
☑ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked    ☐ Bond reinstated    ☐ Bond Continued
☑ Defendant_____remanded to custody    ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant _____Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause ☐ Identity

☐ Defendant(s)_____ **is/are scheduled on:** _____ at _____ for: _____
    ☐ Arraignment    ☐ Counsel Determination Hearing ☐ Identity Hearing cont.
    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Final Revocation Hearing
    ☐ Bond Hearing

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Crim No. H-15-204M |
| | § | |
| | § | |
| FRANK GARDNER | § | |

## ORDER FOR PARTIAL REIMBURSEMENT
## OF COURT APPOINTED COUNSEL

Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. At the same time, the Court feels that the Defendant is able to make financial contribution towards his/her legal representation. It is therefore,

ORDERED that Defendant pay $_____ per month, in the form of a money order or cashier's check, made payable to Clerk, U.S. District Court. Such payment shall be mailed to U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208 on or before the 20th day of each month.

Alternatively, Defendant is Ordered to make a one-time payment in the amount of $2,000 which shall be forwarded to the above address within 30 days after entry of this Order.

SIGNED on February 27, 2015.


_____
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
V. § CRIMINAL NO.  H-15-204-M
§ (E.D. La. No. 15-030-MAG)
FRANK GARDNER §
§

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts are established by clear and convincing evidence and require the detention of the above-named defendant pending trial in this case.

### Findings of Fact

[ ] A.  Findings of Fact [18 U.S.C. §§ 3142(e), (f)(1)].

    [ ] (1)  The defendant has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

        [ ]  a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

        [ ]  an offense for which the maximum sentence is life imprisonment or death.

        [ ]  an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. (  ) § 801 et seq. (  ) § 951 et seq. (  ) § 955(a).

        [ ]  a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

    [ ] (2)  The offense described in finding 1 was committed while the defendant was on release pending trial for a federal, state or local offense.

    [ ] (3)  A period of not more than five years has elapsed since

the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding 1.

[ ] (4) Findings Nos. 1, 2, and 3 establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community. I further find that the defendant has not rebutted this presumption.

[x] B. Findings of Fact [18 U.S.C. § 3142(e)]

   [x] (1) There is probable cause to believe that the defendant has committed an offense

      [x] for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. (x) § 801 et seq. ( ) § 951 et seq. ( ) § 955(a).

      [ ] under 18 U.S.C. § 924(c).

   [ ] an offense listed in section 2332b(g)(5)(B) of title 18 for which a maximum term of imprisonment of ten years or more is prescribed;

   [ ] an offense under chapter 77 [Peonage, Slavery, and Trafficking in Persons] of this title for which a maximum term of imprisonment of twenty years is prescribed;

   [ ] an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of this title.

   [x] (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

[ ] C. Findings of Fact [18 U.S.C. § 3142(f)(2)]

   [ ] (1)

   [ ] (2) There is a serious risk that the defendant will flee.

2

[ ] (3)

[ ] (4)  There is a serious risk that the defendant will
         obstruct justice, threaten, injure, or intimidate a
         prospective witness, or attempt to do so.

[ ]  D.  Findings of Fact [18 U.S.C. § 3142(c)]

   [ ] (1)  As a condition of release of the defendant, bond was
            set as follows:

   [ ] (2)  While on bond, Defendant failed to comply with the
            above conditions.

   [   (3)  I find that there is no condition or combination of
            conditions set forth in 18 U.S.C. § 3142(c) which will
            reasonably assure the appearance of the defendant as
            required.

   [ ] (4)

   [ ] (5)  I find that there is no condition or combination of
            conditions set forth in 18 U.S.C. § 3142(c) which will
            reasonably assure the safety of any other person or
            the community.

                 Written Statement of Reasons for Detention

     I find that the credible testimony and information submitted
at the hearing establishes by clear and convincing evidence that no
condition or combination of conditions will reasonably assure the
appearance of the defendant and the safety of the community as
required.

     I conclude that the following factors specified in 18 U.S.C.
§ 3142(g) are present and are to be taken into account:

     1.  Defendant is a fifty-one-year-old U.S. citizen charged
with conspiracy to possess with the intent to distribute in excess
of five kilograms of cocaine.  The criminal complaint alleges that
he was the source of a seven-kilogram bust in the Eastern District
of Louisiana.  The co-defendants also stated that in addition to
this seven-kilogram deal, Gardner has supplied them with cocaine on
three prior occasions.  After the co-defendants were arrested, they
called Gardner to discuss future cocaine purchases for the same
quantity.

     2.  Law enforcement officers had difficulty locating

                                3

Defendant. When they went to his residence, a man told them that Frank Gardner had not lived there since 2010. Agents tried the address on his driver's license with indirect success. It was his mother-in-law's address, and she stated he didn't live there. Officers were eventually put in touch with Defendant's wife through another relative. The wife stated that he was at his business, but he lived at the first address. When officers explained that they had been told otherwise, she seemed confused. It was later that Gardner called the officers and told them to meet him at his business, where he was arrested.

Gardner told Pretrial Services that he lived on Roselanding, where officers had been told Gardner hadn't lived since 2010. That a friend or family member would lie to police officers is a risk of flight factor.

3. When asking for a court-appointed attorney, Defendant disclosed he was self-employed washing cars, taking home $2,500 per month and that his wife worked with him at the business. When interviewed by Pretrial Services, Defendant stated that he owned business assets of $100,000 and had a gross monthly income of $24,000. At the hearing, Defendant's counsel proffered that he owned two car washes and was starting a third business. The court found this information inconsistent with how his employment had been portrayed the preceding day and terminated Defendant's court-appointed counsel. It was explained to the court that Defendant really meant to tell Pretrial Services that he was leasing business premises worth $100,000, not that he owned the property. And he had no other business assets, despite having a business customizing vehicles, which as the court understands it, means installing accessories on cars. The court finds that this lack of candor militates against release on bond.

4. Over the years, Defendant has been charged with receipt of stolen property, burglary, battery, fraud (2x), theft (2x), larceny (2x), contempt of court, but has not been convicted of any offense.

5. In support of release, Defendant proffers that he was a police officer for fourteen years and his wife will co-sign his bond. Defendant's wife proffers that she cannot run the businesses without Defendant. The court finds that these proffers fail to address Defendant's danger to the community.

6. Defendant owns no property in this district other than two older vehicles and $2,500 in savings.

7. The court finds that Defendant has not rebutted the statutory presumption of danger to the community. He is allegedly the source of significant amounts of cocaine and the court cannot

4

release Defendant to work at his businesses where, as the owner of the business, he could continue to engage in drug trafficking conduct with impunity from that business. The court has no confidence that Defendant would refrain from continued drug trafficking simply because the court ordered that he not engage in this conduct. He was charged with contempt of court in 2010. While he may not have been convicted of any crime, he has been close enough to criminal activity to be charged with it, a factor that factors into the court's finding that he has not rebutted the statutory presumption of danger to the community.

<u>Directions Regarding Detention</u>

It is therefore **ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with all court proceedings.

Signed in Houston, Texas, this 28 day of February, 2015.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4·15MJ 204 |
| FRANK GARDNER | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 2·15MJ30 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the EASTERN          District of LOUISIANA

The defendant may need an interpreter for this language: _____

The defendant:   ☐ will retain an attorney.

              ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   2-27-15

                                         *Judge's signature*

                              Nancy  K.  Johnson
                    UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org), Sarah Beth Landau
(hou_ecf@fd.org, rosa_brennan@fd.org, sorcha_landau@fd.org), Magistrate Judge Nancy K.
Johnson (shannon_butler@txs.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21067765@txs.uscourts.gov
Subject:Activity in Case 4:15-mj-00204 USA v. Gardner Rule 5 Papers Sent
```
Content–Type: text/html

# U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 3/3/2015 at 12:42 PM CST and filed on 3/3/2015

| | |
|---|---|
| **Case Name:** | USA v. Gardner |
| **Case Number:** | 4:15–mj–00204 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **RULE 5 Papers sent via email to Louisiana Eastern District Court New Orleans Division as to Frank Gardner, filed.(kmurphyadi, 4)**

**4:15–mj–00204–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston   hou_ecf@fd.org

Sarah Beth Landau   sorcha_landau@fd.org, hou_ecf@fd.org, rosa_brennan@fd.org

**4:15–mj–00204–1 Notice has not been electronically mailed to:**